IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-071-KDB-DCK

| WOODBURN CROSSING HOMEOWNERS ASSOCIATION, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| THE HANOVER AMERICAN INSURANCE COMPANY, THE HANOVER INSURANCE COMPANY, HANOVER AMERICAN INSURANCE COMPANY, and THE HANOVER INSURANCE GROUP, INC., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Dismiss Certain Defendants" (Document No. 8) filed June 21, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the pending motion, the parties note that they have agreed and stipulated to the dismissal of Hanover American Insurance Company, The Hanover Insurance Company, and The Hanover Insurance Group, Inc. from this case. (Document No. 8); <u>see also</u> (Document No. 5).

"The Hanover American Insurance Company issued insurance Policy No. ZZ6 D842051 01 (the "Policy") to Woodburn Crossing Homeowners Association Inc., which forms the basis of Plaintiff's claims against Defendants in this lawsuit." (Document No. 8, p. 1) (citing Document No. 1, Exhibit A). The parties agree that "The Hanover American Insurance Company is the only

proper defendant in this action and has been properly served in this action." (Document No. 8, p. 2).

**IT IS, THEREFORE, ORDERED** that the Parties' "Joint Motion To Dismiss Certain Defendants" (Document No. 8) is **GRANTED**. Defendants Hanover American Insurance Company, The Hanover Insurance Company, and The Hanover Insurance Group, Inc. are **DISMISSED**.

**IT IS FURTHER ORDERED** that all claims will proceed against The Hanover American Insurance Company.

**SO ORDERED**.

Signed: June 23, 2023

David C. Keesler
United States Magistrate Judge