# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:23-CV-071-KDB-DCK

| | | |
|---|---|---|
| WOODBURN CROSSING<br>HOMEOWNERS ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>**ORDER**</u> |
| | ) | |
| THE HANOVER AMERICAN<br>INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by Anna Cathcart, concerning Russell E. Reviere, on February 22, 2024. Russell E. Reviere seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. Russell E. Reviere is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 22, 2024

David C. Keesler
United States Magistrate Judge